RECEIVED
MAY 20 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEPHEN D. WEEKS, ET AL., Plaintiffs | CIVIL ACTION NO. 15-CV-02297 |
| VERSUS | CHIEF JUDGE DRELL |
| FREDS STORES OF TENNESSEE INC., ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 5) is GRANTED and the claim against Defendant Butch Willis is dismissed without prejudice.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this day of 20th May, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT